THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR12-131-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO FILE OVERLENGTH MOTION |
| SHANE STEPHEN ANELLO, | ) | |
| Defendant. | ) | |

This matter has come before the undersigned on the unopposed motion of Shane Anello to file an overlength motion for compassionate release. The Court has considered the motion and the records herein, and finding good cause,

IT IS NOW ORDERED that Defendant's motion to file a 21-page motion (Dkt. #51) is GRANTED.

DATED this 19th day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO FILE OVERLENGTH MOTION
(*United States v. Anello*, CR12-131-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**