HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR12-131-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL EXHIBITS |
| | ) | |
| SHANE STEPHEN ANELLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER has come before the Court on the unopposed motion of Shane Anello to file under seal Exhibits A–D to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.  Therefore, IT IS ORDERED that Defendant's unopposed Motion to Seal (Dkt. #53) is GRANTED.  Exhibits A–D to Defendant's motion for compassionate release shall remain sealed.

DATED this 19th day of June, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL EXHIBITS
(*Shane Anello*, CR12-131-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**