THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR12-131-RAJ |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION ) FOR PERMISSION TO FILE ) OVERLENGTH REPLY |
| SHANE STEPHEN ANELLO, | ) |
| Defendant. | ) |

This matter has come before the Court on the motion of Defendant Shane Anello to file an overlength Reply to the Government's Response to his Motion for Compassionate Release. The Court has considered the motion and the records herein.

IT IS NOW ORDERED that Mr. Anello's motion to file an 8-page reply(Dkt. #62) is GRANTED.

DATED this 2nd day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
OVERLENGTH REPLY
(*United States v. Anello*, CR12-131-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**