THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHANE STEPHEN ANELLO,<br><br>　　　　　　　Defendant. | No. 2:12-cr-00131-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

　　This matter has come before the Court on Shane Anello's unopposed motion to terminate his remaining period of supervised release. The Court has reviewed the motion, the records and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a), and finding good cause,

　　IT IS NOW ORDERED that the motion (Dkt. 70) is GRANTED.  Shane Anello's term of supervised release is terminated pursuant to 18 U.S.C. § 3583(e).

　　DATED this 5th day of August, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. RICHARD A. JONES
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*United States v. Anello*, No. 2:12-cr-01131-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100